PER CURIAM.—It appears from the record that the appellee while in the employ of appellant received an injury by accident arising out of and in the course of his employment. The usual proceeding resulted in an award of compensation at the rate of $12.38 per week during the period of total disability, not exceeding 500 weeks.

The appellant has presented nothing for the consideration of this court. Therefore the award is affirmed, and by virtue of the statute the amount is increased five per cent.

---

## HAZELRIGG v. HICKS.

[No. 10,084. Filed October 29, 1919.]

From Posey Circuit Court; *Herdis Clements*, Judge.

Action between William Hazelrigg and Mary Hicks. From the judgment rendered, the former appeals. *Affirmed.*

*Edgar Durre* and *Clifford T. Curry*, for appellant.
*Albert J. Veneman* and *William C. Welborn*, for appellee.

REMY, J.—The questions presented by the record in this cause are in all respects the same as those involved in the case of *Wilson* v. *Bass* (1919), 70 Ind. App. 116, 118 N. E. 379, and upon the authority of that case the judgment is affirmed.

---

## BUCKLER v. SENEFELD.

[No. 10,174. Filed November 21, 1919.]

From Franklin Circuit Court; *Raymond S. Springer*, Judge.

Action between Gifford Buckler and Mary Senefeld. From the judgment rendered, the former appeals. *Affirmed.*

*I. N. McCarty*, for appellant.
PER CURIAM.—Judgment affirmed.